UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
United States of America,

                Plaintiff,

-against-

                Case No. 7:01-mj-2231

Sarah Stegall

                Defendant.
----------------------------------------x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                SO ORDERED.

                _____
                Hon. Martin R. Goldberg
                United States Magistrate Judge

Dated: 26th day of August, 2022
      Poughkeepsie, New York